FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 19  AM II: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EDWARD AARON LOWERY, JR.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 05-3967** |
| **BURL CAIN, WARDEN** | * | **SECTION "N"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the petition of Edward Aaron Lowery for issuance of a writ of *habeas corpus* under Title 28, United States Code, Section 2254, be DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EXHAUST.

New Orleans, Louisiana, this 18th day of October , 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____